IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

```
OHIO SECURITY INSURANCE COMPANY    *
                                   *
     Plaintiff,                    *
                                   *
     and                           *
                                   *
HARTFORD FIRE INSURANCE COMPANY    *
and GREAT AMERICAN E&S             *
INSURANCE COMPANY,                 *
                                   *
     Intervenor-Plaintiffs,        *
                                   *
           v.                      *      CV 114-125
                                   *
JOSHUA A. NEWSOME; KODIAK          *
EQUIPMENT, INC.; RAPID PREP,       *
LLC; GAYNOR NEWSOME; V'DOLA        *
GROVENSTEIN; LOWELL                *
GROVENSTEIN, SR.; LOWELL           *
GROVENSTEIN, JR.; and the          *
HERTZ CORPORATION,                 *
                                   *
     Defendants.                   *
```

**O R D E R**

Presently before the Court is Plaintiff Ohio Security Insurance Company's Motion to Dismiss this action with prejudice. (Doc. 84.) Plaintiff represents that the case has been settled and dismissal is appropriate pursuant to Federal Rule of Civil Procedure 41. (Id.) Defendants join the motion to dismiss. (Doc. 86.) The Court hereby **DISMISSES WITH PREJUDICE** all claims in the above-captioned suit.[1] The Clerk **SHALL TERMINATE** all deadlines

---

[1] Intervenor-Plaintiffs Hartford Fire Insurance Company and Great American E&S Insurance Company have notified the Court that they too have settled their claims with Defendants and no longer wish to intervene in this matter. Therefore, the Clerk is further **DIRECTED** to **TERMINATE** Hartford Fire

and motions and **CLOSE** this case. Each party shall bear its own costs.

**ORDER ENTERED** at Augusta, Georgia, this 13th day of August, 2015.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

Insurance Company and Great American E&S Insurance Company as intervening Plaintiffs in this matter.

2